# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19-CR-09 |
| v. | (CAPUTO, J.) <br> (MEHALCHICK, M.J.) |
| Bruce Evans, Jr., | |
| Defendant | |

## PLEA

**NOW**, this **17th** day of **January 2019**, the within named Defendant <u>Bruce Evans, Jr.</u>, having been arraigned in open Court, hereby pleads **NOT GUILTY** to within Indictment.

FILED
SCRANTON

JAN 1 7 2019

PER _____
DEPUTY CLERK

X _____
DEFENDANT